**Leon M. RUHL, Plaintiff-Appellant,**

v.

**Alvin B. LEWIS, Jr., Prosecuting Attorney; and G. K. Gates, P. J., for Lebanon County, Pa., Defendants-Appellees.**

No. 26349.

United States Court of Appeals
Fifth Circuit.

Dec. 23, 1968.

Leon M. Ruhl, pro se.

Alvin B. Lewis, Jr., Dist. Atty., Lebanon, Pa., for appellees.

Before RIVES, BELL and MORGAN, Circuit Judges.

PER CURIAM:

The judgment is affirmed. Henderson v. Circuit Court of the Tenth Judicial Circuit, State of Alabama, 5 Cir. 1968, 392 F.2d 551; Ditzler v. Blackwell, 5 Cir. 1968, 392 F.2d 586.

**Henry WENDELKEN, Appellant,**

v.

**John K. McMURRAY, by his Conservator, Mrs. John K. McMurray, Appellee.**

No. 24604.

United States Court of Appeals
Fifth Circuit.

Dec. 9, 1968.

Before RIVES and GODBOLD, Circuit Judges, and HUGHES, District Judge.

PER CURIAM.

Appellant's second petition for rehearing is denied, and no member of this panel nor Judge in regular active service on the court having requested that the court be polled on rehearing en banc, the Petition for Rehearing En Banc is denied.